**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ex rel. JUAN PABLO ALPERIN, <br><br> Plaintiffs, <br><br> v. <br><br> ELSEVIER B.V., SPRINGER-NATURE AG &, CO. KGaA, INFORMA GROUP LTD., and JOHN WILEY & SONS INC. <br><br> Defendants. | No. 24-cv-10603-ADB <br><br> **FILED UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. the Amended Complaint, this Order, and the government's Notice of Election to Decline Intervention shall be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and

7. should the relators or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED**.

Dated:    7/24/26                          /s/ Allison D. Burroughs

                                           ALLISON D. BURROUGHS
                                           UNITED STATES DISTRICT JUDGE

2