**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>ex rel. Juan Pablo Alperin<br><br>Plaintiff-Relator,<br><br>v.<br><br>Elsevier B.V., Springer-Nature AG & Co. KGaA., Informa Group Limited, & John Wiley & Sons Inc.<br><br>Defendants | **Civil Action No. 24-cv-10603-ADB** |

**NOTICE OF WITHDRAWAL**

Please enter the withdrawal of John R. Thomas as Counsel for Relator Juan Pablo Alperin. Relator has consented to this withdrawal. Eugenie Reich and Mara Lynch of Eugenie Reich Law, LLC, remain Counsel of Record for Relator.

Respectfully Submitted

By: <u>s/ Eugenie Reich</u>
Counsel for Relator
Eugenie Reich, MA Bar 703853
EUGENIE REICH LAW, LLC
101 Arch Street, Eighth Floor
Boston, MA 02110
(617) 821-1538
eugenie@eugeniereichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that because I am filing this notice electronically, service will be made on all parties who have appeared through the ECF Notice of Electronic Filing.

Dated: September 21, 2026.

By: s/ Eugenie Reich

Counsel for Relator
Eugenie Reich, MA Bar 703853
EUGENIE REICH LAW, LLC
101 Arch Street, Eighth Floor
Boston, MA 02110
(617) 821-1538
eugenie@eugeniereichlaw.com