**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

ex rel. Juan Pablo Alperin

Plaintiff-Relator,

v.

Elsevier B.V., Springer Nature AG & Co. KGaA., Informa Group Limited & John Wiley & Sons Inc.

Defendants

**Civil Action No. 24-cv-10603-ADB**

**JOINT MOTION**
**FOR COORDINATED**
**BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 4(d), (f), and 6(b), Relator Juan Pablo Alperin ("Relator") and the defendants: (1) Elsevier B.V., (2) Springer Nature AG & Co. KGaA., (3) Informa Group Limited, and (4) John Wiley & Sons, Inc. (hereinafter, "Defendants") move the Court for timely entry of the attached Proposed Order setting a coordinated briefing schedule for the Defendants to respond to the Amended Complaint in this action, with grounds as follows:

1. Relator and the Defendants believe it is in the interests of judicial efficiency to establish a coordinated schedule to respond to Relator's July 23, 2026 Amended Complaint.

2. Defendant Informa Group Limited, its Counsel having reviewed the Notice of Service Relator filed on October 14, 2026 at Doc. 38, is willing to stipulate to having been served in this action, and if validly served would ordinarily have 21 days from October 14, 2026, to respond to Relator's July 23, 2026 Amended Complaint.

3. Defendants Elsevier B.V., Springer Nature AG & Co. KGaA., and John Wiley & Sons, Inc., have granted Relator service waivers, filed herewith.

4. John Wiley & Sons. Inc. is located in a judicial district of the United States and would ordinarily have 60 days from today to respond to Relator's July 23, 2026 Amended Complaint.

5. Elsevier B.V. and Springer Nature AG & Co. KGaA are located in Europe and would ordinarily have 90 days from today to respond to Relator's July 23, 2026 Amended Complaint.

6. The Relator and Defendants are willing to stipulate that:

   a. By December 11, 2026, Defendants will answer or otherwise respond to the Amended Complaint;

   b. By January 20, 2027, the Relator will respond to any Motion to Dismiss filed by December 11, 2026;

   c. By February 17, 2027, any Defendant who filed a Motion to Dismiss by December 11, 2026 and has reason to file a Reply brief, will do so.

   d. Having waived objections to sufficiency of service or of a summons, the Defendants have not thereby waived any other defenses, objections, motions or arguments of any kind in the above-captioned action (including but not limited to personal jurisdiction).

Such that this Court should timely enter the [Proposed] Order.

Respectfully Submitted,

*s/ Eugenie Reich*

Eugenie Reich, MA Bar 703853
EUGENIE REICH LAW, LLC
101 Arch Street
Eighth Floor
Boston, MA 02110
(617) 821-1538
eugenie@eugeniereichlaw.com

*Counsel for Relator Juan Pablo Alperin*

s/ Matthew J. O'Connor

Matthew J. O'Connor (BBO No. 631259)
Michael M. Maya (BBO No. 672847)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moconnor@cov.com
mmaya@cov.com

Mona Patel (BBO No. 641007)
COVINGTON & BURLING LLP
One International Place, Suite 1020
Boston, MA 02110
Telephone: (617) 603-8800
mpatel@cov.com

*Counsel for Elsevier B.V.*

*/s/ Abena Mainoo*

Abena Mainoo, MA Bar 677622
(amainoo@cgsh.com)
Breon S. Peace (*pro hac vice* forthcoming)
(bpeace@cgsh.com)
Elizabeth Hanft (*pro hac vice* forthcoming)
(ehanft@cgsh.com)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Defendant Springer Nature AG & Co. KGaA, Appearing Specially*

*s/ Christopher M. Pardo*
**MORGAN LEWIS & BOCKIUS LLP**
Christopher M. Pardo, MA Bar 674674
1 Federal Street
Boston, MA 02110
(617) 341-7700
christopher.pardo@morganlewis.com

Ryan P. McCarthy (*pro hac vice* forthcoming)
Steven Strauss (*pro hac vice* forthcoming)
2222 Market Street
Philadelphia, PA 19107
(215) 963-5000
ryan.mccarthy@morganlewis.com
steven.strauss@morganlewis.com

*Attorneys for Defendant Informa Group Limited, Appearing Specially*

*/s/ Joshua Barlow*
Joshua Barlow (MA Bar No. 667472)
**ARNOLD & PORTER KAYE SCHOLER LLP**
500 Boylston St., 20th Floor
Boston, MA 02116
Phone: +1 617-351-8050
Joshua.Barlow@arnoldporter.com

Tirzah S. Lollar (*pro hac vice* forthcoming)
Christian D. Sheehan (*pro hac vice* forthcoming)
Elliot S. Rosenwald (*pro hac vice* forthcoming)
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Phone: +1 202-942-5000
Tirzah.Lollar@arnoldporter.com
Christian.Sheehan@arnoldporter.com
Elliot.Rosenwald@arnoldporter.com

*Attorneys for John Wiley & Sons, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that because I am filing this notice electronically, service will be made automatically on all parties who have appeared through the ECF Notice of Electronic Filing, and that, all defendants having retained counsel who have identified themselves to me, I will serve them by email.

Dated: October 19, 2026 . By: s/ Eugenie Reich
Counsel for Relator