**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

ex rel. Juan Pablo Alperin

Plaintiff-Relator,

v.

Elsevier B.V., Springer Nature AG & Co. KGaA., Informa Group Limited & John Wiley & Sons Inc.

Defendants

**Civil Action No. 24-cv-10603-ADB**

**[PROPOSED] ORDER FOR BRIEFING SCHEDULE**

The Court, having reviewed the joint motion brought by the parties, orders that:

a. By December 11, 2026, defendants will answer or otherwise respond to Relator's July 23, 2026 Amended Complaint;

b. By January 20, 2027, the Relator will respond to any Motion to Dismiss filed by December 11, 2026.

c. Any Defendant filing a Motion to Dismiss on or before December 11, 2026, is granted leave to file a Reply in support of that Motion on or before February 17, 2027.

d. Defendants, having agreed to waive or stipulate to service, shall not be deemed to have waived any defense, objection, motion or argument of any kind other than insufficiency of service of process, by the Court's adoption of this [Proposed] Order.

Signed: __________ Dated: __________